UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE SCWORX CORP. DERIVATIVE LITIGATION

20-cv-4554 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The plaintiffs have moved for preliminary approval of the settlement of the Derivative Litigation. The Court will hold a hearing together with the hearing on the preliminary approval of the Class Action settlement. Any responses should be filed by February 28, 2022. Any replies should be filed by March 11, 2022. The Court will hold a hearing on both motions, by telephone, on March 21, 2022, at 11:00 a.m. Dial-in: (888) 363-4749, with access code 8140049.

SO ORDERED.

Dated:  New York, New York
        February 18, 2022

/s/ John G. Koeltl
John G. Koeltl
United States District Judge